IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

**WILLIS ALPHONSO
REDDICK,**

Appellant,

v.

**STATE OF FLORIDA,**

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1041

_____/

Opinion filed November 29, 2017.

An appeal from the Circuit Court for Duval County.
 Russell L. Healey, Judge.

Willis Alphonso Reddick, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Bryan Jordan, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

WETHERELL, RAY, and WINOKUR, JJ., CONCUR.